# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0041

_____

WILLIE F. BARNES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

August 30, 2019

PER CURIAM.

REVERSED. *See Simmons v. State*, 274 So. 3d 468 (Fla. 1st DCA 2019) (holding that the trial court lacked jurisdiction to rescind an order granting resentencing once it became a final, appealable order, and neither party timely moved for rehearing of the order under Fla. R. Crim. P. 3.800(b)(1)(B)).

As in *Simmons*, we quash the order on appeal and remand with directions that the trial court reinstate the order granting Appellant's rule 3.800(a) motion. The trial court should then resentence Appellant to a lawful sentence.

ROWE, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Dane K. Chase of Chase Law Florida, P.A., St. Petersburg, for Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.